**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LANCE ESTELL GREEN, | No. CV 23-9246-SB (JPR) |
| Plaintiff, | **ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |
| v. | |
| ROB BONTA, California State Attorney General, | |
| Defendant. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, Defendant's motion to dismiss, the other records on file herein, and the Magistrate Judge's Report and Recommendation.  The Court accepts, without objection, the findings and recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED THAT:

1. The Complaint is dismissed with prejudice for failure to prosecute.

2. Defendant's motion to dismiss is denied as moot.

3. Judgment be entered consistent with this order.

4. The clerk serve this Order on all counsel or parties of record.

DATED: June 10, 2024

STANLEY BLUMENFELD, JR.
U.S. DISTRICT JUDGE