**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LANCE ESTELL GREEN,<br><br>    Plaintiff,<br><br>   v.<br><br>ROB BONTA, California State Attorney General,<br><br>    Defendant. | Case No. CV 23-9246-SB (JPR)<br><br>**J U D G M E N T** |

  Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

  IT IS HEREBY ADJUDGED that Judgment be entered in Defendant's favor dismissing this action with prejudice.

DATED: June 10, 2024

               STANLEY BLUMENFELD, JR.
               U.S. DISTRICT JUDGE